U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

NOV - 7 2007

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MARK HENRY** | : | DOCKET NO. 2:06 CV 1513 |
| VS. | : | JUDGE MINALDI |
| THE LAKE CHARLES AMERICAN PRESS, L.L.C., THE LAKE CHARLES AMERICAN PRESS, INC., SHEARMAN COMPANY, L.L.C., SHEARMAN CORPORATION, and HECTOR SAN MIGUEL | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reason set forth therein, based on the pleadings, affidavits, and certified documents submitted by the parties, the Court finds that the defendants' Special Motion to Strike Pursuant to Louisiana Code of Civil Procedure Article 971 [doc. 43] is denied; and accordingly:

IT IS ORDERED that the defendants' Special Motion to Strike Pursuant to Louisiana Code of Civil Procedure Article 971, is hereby DENIED.

Lake Charles, Louisiana, this ___7___ day of ___Nov___, 2007

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE